AO 451 (Rev.12/93) Certification of Judgment

# United States District Court
## Northern District of Texas
### Office of the Clerk
*Dallas Division*



'08MC 0199

FILED

JUN 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PREMIER DEVELOPMENT AND INVESTMENT, INC.

V.

JAMES J. MAHONEY, THOMAS M. MAHONEY, and
EQUITITREND ADVISORS, L.L.C.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number: 3:04-cv-0405

I, KAREN MITCHELL, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on   11/14/2007   as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure* has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

6/16/08
Date

Karen Mitchell
*Clerk of Court*

By: _____
Deputy Clerk

*Note the motions listed in Rule 4(a) Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for an extension of time for filing a notice of appeal.

AO 132 (Rev. 5/85) Exemplification Certificate

'08MC0199

# United States District Court
# Northern District of Texas

**FILED**
JUN 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### EXEMPLIFICATION CERTIFICATE

I, Karen Mitchell, Clerk of the United States District Court, Keeper of the records and seal, certify that the attached documents:

Default Judgment entered in 3:04cv405-BH; Premier Development and Investment, Inc. v. James J. Mahoney, et al.

are true copies of records of this Court.
In testimony whereof I sign my name and affix the seal of this Court, in this District.

| Dallas | on | 11/28/2007 |
|---|---|---|
| City | | Date |

KAREN MITCHELL _____  Leigh Lyon
Clerk                              (By) Deputy Clerk

I, _____ Irma Carillo Ramirez _____, a Judicial Officer of the Court, certify that Karen Mitchell named above, is and was on the date noted, Clerk of Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

11/28/2007 _____
Date                Signature of Judicial Officer

United States Magistrate Judge
Title

I, _____ KAREN MITCHELL _____, Clerk of the United States District Court, keeper of the records and seal, certify that the Honorable _____ Irma Carillo Ramirez _____
                                                                         Judicial Officer

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at _____

| Dallas | in this State, on | 11/28/2007 |
|---|---|---|
| City | | Date |

KAREN MITCHELL _____  Leigh Lyon
Clerk                              (By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PREMIER DEVELOPMENT AND INVESTMENT, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:04-CV-405 -BH |
| JAMES J. MAHONEY, THOMAS M. MAHONEY, and EQUITITREND ADVISORS, LLC | § § § § § | |
| Defendant. | § | Consent Case |

## DEFAULT JUDGMENT

This default judgment is entered pursuant to Fed. R. Civ. P. 55 and the court's opinion, as orally stated on the record during a hearing on November 14, 2007. Defendant Equititrend Advisors, L.L.C., is in default; the well-pleaded allegations of the *First Amended Complaint*, *Plaintiff's Motion for Entry of Default Judgment Against Defendant Equititrend*, and the *Notice of Filing Pursuant to Court's Order of August 9, 2007* are taken as true; and Plaintiff Premier Development and Investment, Inc. is entitled to judgment against Defendant. Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that:

Plaintiff Premier Development and Investment, Inc. shall have judgment and recover against Defendant Equititrend Advisors, L.L.C., jointly and severally with Defendants Equitilink, L.L.C. and Shamrock Holdings, the following amounts :

    a.    $876,184.44 for liquidated damages (for economic damages incurred for breach of contract and attorney's fees pursuant to the Default Judgment entered February 17, 2006);

    b.    Post-judgment interest on the total amount of **$876,184.44** at the

applicable federal rate from February 17, 2006 through the date of entry of this judgment;

c.   $12,947.72 for attorney's fees and expenses;.

Post-judgment interest shall accrue on the total amount of **$889,132.16** at the applicable federal rate from the date of entry of this judgment until it is paid in full.

SIGNED on this 14th day of November, 2007.

*Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ~~TEXAS~~
DALLAS DIVISION



08 MC 0199

FILED
JUN 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| PREMIER DEVELOPMENT AND INVESTMENT, INC.  §§§<br>Plaintiff, §§<br>v. §<br>§<br>JAMES J. MAHONEY, THOMAS M. §<br>MAHONEY, and EQUITITREND §<br>ADVISORS, LLC §<br>§<br>Defendant. § | Civil Action No. 3:04-CV-405 -BH<br><br>Consent Case |

## DEFAULT JUDGMENT

This default judgment is entered pursuant to Fed. R. Civ. P. 55 and the court's opinion, as orally stated on the record during a hearing on November 14, 2007. Defendant Equititrend Advisors, L.L.C., is in default; the well-pleaded allegations of the *First Amended Complaint*, *Plaintiff's Motion for Entry of Default Judgment Against Defendant Equititrend*, and the *Notice of Filing Pursuant to Court's Order of August 9, 2007* are taken as true; and Plaintiff Premier Development and Investment, Inc. is entitled to judgment against Defendant. Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that:

Plaintiff Premier Development and Investment, Inc. shall have judgment and recover against Defendant Equititrend Advisors, L.L.C., jointly and severally with Defendants Equitilink, L.L.C. and Shamrock Holdings, the following amounts :

    a.    $876,184.44 for liquidated damages (for economic damages incurred for breach of contract and attorney's fees pursuant to the Default Judgment entered February 17, 2006);

    b.    Post-judgment interest on the total amount of **$876,184.44** at the

applicable federal rate from February 17, 2006 through the date of entry of this judgment;

c.  $12,947.72 for attorney's fees and expenses;.

Post-judgment interest shall accrue on the total amount of **$889,132.16** at the applicable federal rate from the date of entry of this judgment until it is paid in full.

SIGNED on this 14th day of November, 2007.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE